William A. Gilbert, WSBA #30592
GILBERT LAW FIRM, P.S.
421 W. Riverside Ave, Suite 353
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiff

HONORABLE JUDGE THOMAS O. RICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY L. WHITE and, LORRAINE M. WHITE, husband and wife,<br><br>     Plaintiffs,<br><br>v.<br><br>SPOKANE COUNTY; and<br>MARK HOLTHAUS; and<br>BRAD GILBERT; and<br>TODD MILLER, Individually and in their capacity as employees of Spokane County.<br><br>     Defendants. | NO. 2:16-CV-0096-TOR<br><br>**STIPULATED PROTECTIVE ORDER REGARDING PLAINTIFFS' MEDICAL RECORDS** |

## **I. STIPULATION**

Pursuant to FRCP 26(c), the parties through their respective counsel agree and stipulate that good cause exists to protect BARRY L. WHITE, and LORRAINE M. WHITE ("Plaintiffs"), and SPOKANE COUNTY; AND,

SPOKANE COUNTY SHERIFF'S DEPUTIES MARK HOLTHAUS, BRAD GILBERT and TODD MILLER ("defendants"), and non-parties from annoyance, undue burden and expense from the public disclosure of Plaintiffs' medical information.

1. This Stipulated Protective Order ("Protective Order") shall govern the treatment and handling of all medical records, documents or other products of discovery produced by Plaintiff and Defendants or information derived therefrom, and all copies, excerpts or summaries thereof including (without limitation), answers to requests for admissions, answers to interrogatories, documents produced pursuant to a demand for documents, documents subpoenaed in connection with depositions, and deposition transcripts, that a party designates as "confidential" by marking clearly on the document: "CONFIDENTIAL SUBJECT TO PROTECTION ORDER"

2. All medical records, and related documents, and images obtained by way of release, or disclosed by plaintiff and defendants **are presumed by this order to be confidential and governed hereby**.

3. Testimony taken in deposition in this case similarly may be designated as confidential and made subject to the terms of this order at the time of the deposition by designation made by counsel on the record.
STIPULATED PROTECTIVE ORDER REGARDING
MEDICAL RECORDS - Page 2 of 7

Gilbert Law Firm, P.S.
421 W. Riverside Ave., Suite 353
Spokane, WA 99201
T: (509) 321-0750 / F: (509) 343-3315

4. Any party may move the court to determine the propriety of confidentiality. Information, documents or data subject to the challenge shall remain confidential until such time as the matter is determined by the court.

5. Documents, photographs, videotapes, materials, or information designated confidential pursuant to this order shall not be disclosed or disseminated outside of the offices of plaintiffs' and defendants' counsel, with the following exceptions.

    a. Use of such confidential documents, or information for trial preparation by paralegal or secretarial staff of plaintiffs' and defendants' attorneys is allowed by this Protective Order, subject to all conditions of this Protective Order which governs the parties' use of such confidential information;

    b. Plaintiffs' medical records designated by the parties as confidential may be provided to expert witnesses, or consultants by plaintiffs' or defendants' attorneys provided such expert witnesses or consultants, before being allowed to see any confidential documents, materials, or information, acknowledge receipt of a copy of this Protective Order and agree to be bound by the terms of this Protective Order. The

prohibition of this paragraph shall apply in all circumstances, including, but not limited to, depositions in this case.

6. All persons having access to Plaintiffs' medical records made available pursuant to this agreement shall agree not to make any use of said records except in connection with the above-captioned litigation and shall further agree not to deliver or transfer said medical records to any person not previously authorized by the terms herein.

7. Counsel disclosing medical records to any person or entity shall be responsible for limiting distribution of the records to those persons who both (1) have a need to know the information, and (2) are authorized to receive the information under this Protective Order. Counsel shall be prepared to account for the disposition and use of the information by those persons.

8. All copies of medical records disclosed under this agreement shall be subject to the same restrictions as imposed on the original information.

9. All medical records designated as confidential and disclosed to any person pursuant to this Protective Order shall remain in the possession only of the attorneys, or the experts or consultants to whom they are disclosed as provided by this order.

10. This Order shall continue indefinitely until or unless superseded by modification of the parties. Upon completion of this litigation, all medical records governed by this Order shall be returned to the attorneys or destroyed.

11. Medical records subject to this order may be disclosed in regular proceedings of this court, although non-relevant information may be redacted and/or as agreed to by the parties or Ordered by the Court.

12. No modification or amendment of this Protective Order is permitted except by a writing signed by counsel for the parties and approved by the court. The parties hereto agree that it is unreasonable to rely on any oral modification or amendment of this agreement.

13. The failure to insist upon full compliance with any of the terms of the Protective Order in any instance shall not be deemed to be a waiver of the right to insist upon full compliance with those terms thereafter.

14. A conformed copy of this order shall be provided to the parties, who shall sign and date it, acknowledging that they have read and understand it. The signed copies shall be provided to the respective attorneys.

15. The parties agree that any violation of the terms of this Protective Order **shall** subject the violator to monetary sanctions in an amount to be determined by the court.

DATED THIS 24th day of April, 2017.

                              GILBERT LAW FIRM, P.S.

By:   s/ William A. Gilbert
      WILLIAM A. GILBERT, # 30592
      421 W. Riverside Ave, Suite 353
      Spokane, WA 99201
      T: (509) 321·0750
      F: (509) 343·3315
      E: bill@wagilbert.com
      Attorneys for Plaintiffs

                              EVANS, CRAVEN & LACKIE, P.S.

By:   s/ Heather C. Yakely
      HEATHER C. YAKELY, #28848
      818 W. Riverside Ave., Ste. 250
      Spokane, WA 99201
      T: (509) 455-5200
      F: (509) 455-3632
      E: hyakely@ecl-law.com
      Attorney for Defendants

//

//

//

//

//

//

//

## II. ORDER

Pursuant to FRCP 26(c) and the foregoing Stipulation of counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Protective Order be entered as set forth in the foregoing Stipulation.

DATED this 5TH day of May, 2017.



THOMAS O. RICE
Chief United States District Judge

STIPULATED PROTECTIVE ORDER REGARDING
MEDICAL RECORDS - Page 7 of 7

Gilbert Law Firm, P.S.
421 W. Riverside Ave., Suite 353
Spokane, WA 99201
T: (509) 321-0750 / F: (509) 343-3315