UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY L. WHITE and LORRAINE M. WHITE, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>SPOKANE COUNTY, and MARK HOLTAUS; and BRAD GILBERT; and TODD MILLER; Individually and their capacity as employees of Spokane County,<br><br>    Defendants. | NO: 2:16-CV-0096-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal. ECF No. 52. The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and without costs or fees to any party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the parties' stipulation, this matter is **DISMISSED** with prejudice and without costs or fees to any party.

2. All deadlines and hearing dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 16, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2