# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BARRY L. WHITE and LORRAINE M. WHITE, husband and wife,<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:16-CV-0096-TOR<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the parties' stipulation, this matter is DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  upon the parties' Stipulated Motion for Order of Dismissal.  ECF No. 52.

Date:  May 16, 2019

*CLERK OF COURT*

SEAN F. McAVOY

Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry